

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>V.<br><br>RODOLFO LOPEZ GARCIA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA16-0484M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

   Upon motion of _____, IT IS ORDERED that a detention hearing is set for _____Tuesday_____, _Oct. 18, 2016_, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __6B_____.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
           *(Other custodial officer)*

Dated: __October 14, 2016__          _____/s/_____
                                     U.S. Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                Page 1 of 1